IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


KENNETH WAYNE HENDRIX,      )
#208777,                    )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:10cv183-MHT
                            )            (WO)
WARDEN J. C. GILES, et al., )
                            )
    Defendants.             )

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit seeking transfer from a state-prison facility.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed as moot.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of March, 2013.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE